# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

ERIN L. STAMMER,

V.         **JUDGMENT IN A CIVIL CASE**

IOVATE HEALTH SCIENCES, U.S.A., INC.

CASE NUMBER: 11cv1598-BTM(KSC)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's claims against defendant Iovate Health Sciences U.S.A., Inc., are Dismissed without prejudice.

| April 27, 2012 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ E Silvas |
| | (By) Deputy Clerk |
| | ENTERED ON April 27, 2012 |